

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 14  P 2: 35

ROBERT L. BROCKWAY, JR.,

V                                                         CASE NO. 303CV00609 (SRU)

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.                  OCTOBER 10, 2003

### DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the accompanying memorandum, defendants hereby move to dismiss the complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Furthermore, even if the complaint stated a claim, the Court should grant the defendants' motion to dismiss because plaintiff's claims are barred by the applicable statute of limitations.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANTS,

BY _____
Patrick M. Noonan (ct00189)
Brock T. Dubin (ct18777)
Delaney, Zemetis, Donahue,
   Durham & Noonan
741 Boston Post Road
Guilford, CT 06437
(203)458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Mr. Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, CT  06437

_____
Patrick M. Noonan