UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ROBERT L. BROCKWAY, JR.  :  2003 OCT 20  P 1:06

    Plaintiff  :

v.

| | |
|---|---|
| YALE UNIVERSITY; JEROME N. FRANK LEGAL SERVICES ORGANIZATION OF YALE LAW SCHOOL; RICHARD C. LEVIN, President of the University, Official Capacity; ROBERT A. SOLOMON, Director of JEROME N. FRANK LEGAL SERVICES ORGANIZATION OF YALE LAW SCHOOL, I/O; ANTHONY T. KRONMAN, Dean of Yale Law School, I/O; CARROLL LEE LUCHT, Law Professor, and Attorney at Law, I/O; STEPHEN WIZNER, Law Professor, and Attorney at Law, I/O. | CIVIL ACTION NO. 3:03cv00609(SRU)<br><br><br><br><br><br><br><br>OCTOBER 17, 2003 |
|     Defendants | |

## PLAINTIFF'S MOTION FOR MORE DEFINITE STATEMENT

In accordance with Fed. R. Civ. P. 12(e) Motion for More Definite Statement the plaintiff respectfully submits this Motion.

Defendants' Memorandum in Support of Motion to Dismiss dated October 10, 2003 is vague or ambiguous on page 2, lines 9 to 10 whereby the defendants state that "The defendant(s) is (are) not state actor(s) . . ."

The plaintiff asserts that indeed the defendants Lucht, Wizner, Solomon, and Kronman were acting under the color of the state. They are indeed state actors. They were Attorneys at Law, and were licensed to practice in Federal, and in State Courts.

They are indeed Officers of the Federal Courts, and of the State Courts; and accordingly, these defendants truly enjoy all the powers, and privileges therefrom.

That is the reasoning as to why these defendants were sued both in their Individual and Official Capacities, and each properly served two summons for each capacity.

In this regard the plaintiff moves for a more definite statement. The plaintiff needs a more definite statement, in order to formulate a complete responsive pleading.

RESPECTFULLY SUBMITTED,

*Robert L. Brockway, Jr.*

BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

### CERTIFICATION

This is to certify that the foregoing MOTION FOR MORE DEFINITE STATEMENT has been served in person on October 17, 2003 to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

*Robert L. Brockway, Jr.*