UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ROBERT L. BROCKWAY, JR.

2003 OCT 24  P 12: 20

    Plaintiff

CIVIL ACTION NO.
3:03CV00609 (SRU)

V.

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.

    Defendant(s)      OCTOBER 23, 2003

### MOTION TO AMEND

The plaintiff respectfully requests that plaintiff's Answer to Defendants' Motion to Dismiss dated October 17, 2003 be amended as follows:

On page 7 line 1 this sentence should read "9- Plaintiff filed this matter on either February 19, 2003 or April 3, 2003."

    RESPECTFULLY SUBMITTED,

    *[signature]*
    Robert L. Brockway, Jr.
    28 Boston Terrace
    Guilford, Connecticut 06437
    (203) 214-0202

BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

## CERTIFICATION

This is to certify that the foregoing MOTION TO AMEND has been mailed postage prepaid on October 23, 2003 to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.