UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 SEP 23 P 12: 16

ROBERT L. BROCKWAY, JR. :
: CIVIL ACTION NO.
      Plaintiff : 3:03CV00609 (SRU)
:
V. :
:
YALE UNIVERSITY, ET AL :
:
      Defendant(s) :

SEPTEMBER 21, 2003

MOTION TO AMEND

The plaintiff respectively requests that plaintiff's Motion for Sanctions dated September 20, 2003 be amended as follows:

On page 2 line one should read "Attorney Brock T. Dubin said he would write up a report, without a further conference, which would be available for plaintiff to sign on Monday, September 22, 2003."

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
(203) 214-0202

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.