UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 SEP 23 P 12: 16

| | |
|---|---|
| ROBERT L. BROCKWAY, JR. | |
| Plaintiff | CIVIL ACTION NO. 3:03CV00609 (SRU) |
| V. | |
| YALE UNIVERSITY, ET AL | |
| Defendant(s) | |
| Defendant | |

SEPTEMBER 20, 2003

MOTION TO AMEND

The plaintiff respectively requests that plaintiff's Motion for Sanctions dated September 20, 2003 be amended as follows:

On page one the eighth line should read "At 2:00p.m. on September 18, 2003 the plaintiff called the law office of defendants' counsel."

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
(203) 214-0202

MOTION GRANTED.
SO ORDERED. /s/ John R. Underhill, U.S.D.J. 10/28/03