**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 OCT 30 P 12: 23

US DISTRICT COURT
BRIDGEPORT CT

ROBERT L. BROCKWAY, JR.,

V                                                                 CASE NO. 303CV00609 (SRU)

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.             OCTOBER 28, 2003

### DEFENDANTS' MEMORANDUM IN OPPOSITION
### TO MOTION FOR MORE SPECIFIC STATEMENT

Defendants hereby object to plaintiff's Motion for More Specific Statement, dated October 17, 2003. Plaintiff's motion misperceives the purpose of a Motion for More Specific Statement. The purpose of that motion is to obtain further specificity with respect to a pleading such as a complaint, counterclaim, special defense or the like. Plaintiff's motion seeks to require the defendant to make its brief in support of its motion to dismiss more specific. That is not a proper purpose of a Motion for More Specific Statement. Accordingly, plaintiff's motion should be denied.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

THE DEFENDANTS
YALE UNIVERSITY, ET AL

BY _____
Patrick M. Noonan (ct00189)
Delaney, Zemetis, Donahue,
Durham & Noonan
741 Boston Post Road
Guilford, CT 06437
(203)458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Mr. Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, CT 06437

_____
Patrick M. Noonan