UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ROBERT L. BROCKWAY, JR.

2003 OCT 31  P 12: 29

         Plaintiff

CIVIL ACTION NO.
3:03CV00609 (SRU)

US DISTRICT COURT
BRIDGEPORT CT

V.

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.

         Defendant(s)    OCTOBER 30, 2003

## PLAINTIFF'S ADDITIONAL MEMORANDUM
## OF LAWS REGARDING DEFENDANTS' MOTION TO DISMISS:

Plaintiff respectfully submits this additional Memorandum of Laws regarding Defendants' Motion to Dismiss dated October 10, 2003.

This Memorandum of Laws is relative to the Defendants' following assertions, on page 4, lines 5 to 8, of their Motion to Dismiss dated October 10, 2003:

"The Plaintiff Does Not Set Forth A Claim Under 42 U.S.C. Sec. 1983 Because Yale Is Not A State Actor And The Complaint Fails To Allege That the Plaintiff Was Denied A Right Guaranteed By The Constitution Or A Federal Statute."

The plaintiff asserts that the defendants' Part 1 issue that "Yale is Not A State Actor" has been dealt previously by plaintiff, by the fact that defendants' have been served in each of their individual and official capacities. In addition defendants truly behaved in fact as "State Actors" by acting "under the color of State law", as licensed Attorneys at Law.

This because defendants' true status in reality is, as responsible state licensed lawyers, functioning as obedient "officers of the Court", and "acting" as loyal "Commissioners of the Superior Court" for the State of Connecticut.

Now to part 2 Plaintiff was indeed denied a right guaranteed by the Constitution or a federal statute.

The United States Constitution, Amendment V [Grand Jury, Double Jeopardy, Self-Incrimination, Due Process (1791)] states the following:
"No person shall be held to answer a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."

Plaintiff claims that defendants' documented, and uncontested interference in plaintiff's Appeal did in fact deprive, the plaintiff of his property. The plaintiff's property being the plaintiff's labor, and expenses involved in the development of a highly involved legal matter.

Specifically, the record shows that the defendants retaliated against the plaintiff's early assertiveness, of reporting to the proper authorities, the documented improprieties of defendants. The defendants' actions brought about a "chilling effect," to plaintiff's Constitutional rights.

These infractions performed by defendants, and confirmed by documented evidence clearly show intent to deprive the plaintiff's unambiguous, and unblemished right to due process of Law within an American Court of Law. Due to these actions by the defendants the plaintiff pleads, for financial compensation for his labor, and expenses as noted.

                RESPECTFULLY SUBMITTED,

                Robert L. Brockway, Jr.
                28 Boston Terrace
                Guilford, Connecticut  06437
                (203) 214-0202

BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

## CERTIFICATION

This is to certify that the foregoing PLAINTIFF'S ADDITIONAL MEMORANDUM OF LAWS IN REGARD TO DEFENDANTS' MOTION TO DISMISS has been served in person on October 30, 2003 to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

                                                                  Robert L. Brockway, Jr.