UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

ROBERT L. BROCKWAY, JR.

2003 OCT 31  P 12: 27

CIVIL ACTION NO.
3:03CV00609 (SRU)

Plaintiff

V.

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON,  Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE  LAW SCHOOL, I/O; ANTHONY  T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.

Defendant(s)                                  OCTOBER 29, 2003

## PLAINTIFF'S ADDITIONAL MEMORANDUM
## OF LAWS REGARDING DEFENDANTS' MOTION TO DISMISS

Plaintiff respectfully submits this additional Memorandum of Laws

regarding Defendants' Motion to Dismiss dated October 10, 2003.

On page 3 lines 13 and 15 of Plaintiff's Answer to Defendants' Motion

to Dismiss dated October 17, 2003 the plaintiff asserts that "These defendants were

indeed licensed Attorneys at Law with special privileges to practice in federal Courts of

Law.  They were indeed officers of the federal and state Courts, and certainly acted under

the color of state, and federal law.  Similarly these very same defendants acting as federal

officers, set up a pattern of discrimination violating the plaintiff's civil, and

Constitutional rights to a fair trial."

The plaintiff's assertion that, the defendants acted under color of the state, is substantiated by the following Connecticut General Statute:

Sec.51-85. Authority and powers of commissioners of the Superior Court. Each attorney-at-law admitted to practice within the state, while in good standing, shall be a commissioner of the Superior Court and, in such capacity, may, within the state, sign writs and subpoenas, take recognizances, administer oaths and take depositions and acknowledgments of deeds. Each such attorney may also issue subpoenas to compel the attendance of witnesses and subpoenas duces tecum in administrative proceedings. . . . The signing of a writ by a lawyer as a commissioner of the superior court is not a mere ministerial act." (142 C.411. Cited 162 C. 255).

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut  06437
(203) 214-0202

BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

## CERTIFICATION

This is to certify that the foregoing PLAINTIFF'S ADDITIONAL

MEMORANDUM OF LAWS REGARDING DEFENDANTS' MOTION TO DISMISS

has been mailed postage prepaid on October 29, 2003 to the law office of PATRICK M.

NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM

& NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT

06437.


Robert L. Brockway, Jr.