UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.

        Plaintiff

V.

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.

        Defendant(s)

CIVIL ACTION NO.
3:03CV00609 (SRU)

OCTOBER 23, 2003

## MOTION TO AMEND

The plaintiff respectfully requests that plaintiff's Answer to Defendants' Motion to Dismiss dated October 17, 2003 be amended as follows:

On page 7 line 1 this sentence should read "9- Plaintiff filed this matter on either February 19, 2003 or April 3, 2003."

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
(203) 214-0202

MOTION GRANTED.
SO ORDERED.