UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.                    :    **2003 NOV -5  P 2: 37**

                                           :    US DISTRICT COURT
                    Plaintiff              :    CIVIL ACTION NO.
                                           :    3:03CV00609 (SRU)

V.                                         :

YALE UNIVERSITY; JEROME N. FRANK           :
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,         :
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.   :
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY  T.       :
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,          :
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.   :


                    Defendant(s)                    NOVEMBER 4, 2003


**PLAINTIFF'S MEMORANDUM OF LAWS**
**IN SUPPORT OF ANSWER TO DEFENDANTS' MOTION TO DISMISS**

**Connecticut Rules of Court (1999) Chapter 3. Appearances Sec. 3-7**

**Consequence of Filing Appearance** states the following:

**"(a) Except by leave of the judicial authority, no attorney shall be permitted**

**to appear in court or to be heard in behalf of a party until the attorney's appearance**

**has been entered."**


On December 22, 1999 these defendants filed a substantive legal document,

during the plaintiff's appellate deliberations, within the honorable United States Court of

Appeals for the Second Circuit.  These defendants did not enter an Appearance either

before filing this document, nor did they file an Appearance through out the course of this Appeal. This document was sent to opposing legal counsel, and to the Court.

These defendants presumably were representing Yale Law School, and Yale University; however, neither of these parties was a defendant, nor had legal standing in mentioned appeal. These defendants performed an illegal act.

This act typifies defendants' pattern of intent to disregard plaintiff's rights, and their retaliation against plaintiff's empowerment of his rights, which have been previously documented.

These defendants jeopardized the plaintiff's case, violated the Law, and the Rules of Court. Accordingly the plaintiff pleads for his labor, and expenses as earlier specified.

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut  06437
(203) 214-0202

2

BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

## CERTIFICATION

This is to certify that the foregoing PLAINTIFF'S MEMORANDUM OF LAWS

IN SUPPORT OF ANSWER TO DEFENDANTS' MOTION TO DISMISS has been

served in person on November 4, 2003 to the law office of PATRICK M. NOONAN and

BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN,

P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT  06437.

Robert L. Brockway, Jr.