UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 24  P 12: 39

ROBERT L. BROCKWAY, JR.

        Plaintiff

CIVIL ACTION NO.
3:03CV00609 (SRU)

V.

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.

        Defendant(s)                    NOVEMBER 21, 2003

**PLAINTIFF'S DEMAND FOR JUDGMENT**

In accordance with **Fed. R. of Civ. P. 54 (c) Demand for Judgment and (1) Costs Other than Attorneys' Fees** the plaintiff respectfully submits this Demand for Judgment.

This due to the following established facts:

1- The defendants have failed to reply by November 20, 2003 as required by Court Order.

2- The defendants have failed, to refute the plaintiff's evidence, as has been presented in this matter.

3- The defendants filed a Motion for Interrogatories, and Request for Production which plaintiff answered, and subsequently the plaintiff filed his own Request for

Production. Defendants never complied in turn, and ignored plaintiff's request. This further indicates, defendants' continued unwillingness, to participate in these deliberations.

4- The plaintiff has submitted a detailed Cost Analysis, of expenses incurred, during the course of this matter.

5- The defendants have refused to honor Court Order for required conferencing.

6- The plaintiff has submitted a Motion for Sanctions against defendants, due to documented unwillingness of defendants to cooperate, with Court ordered conferencing process.

      The plaintiff respectfully asserts that there is no just reason for delay in this matter, due to the demonstrated absence of interest by the defendants, to participate in the deliberations of this honorable Court. A reasonable person would conclude that the plaintiff's Demand for Judgment should be granted, and that an equitable financial remedy by found, for his established complaints.

      Accordingly it is respectfully requested that, this honorable Court adjudge this matter in the plaintiff's favor, and order financial relief as it deems reasonable.

                    RESPECTFULLY SUBMITTED,

                      Robert L. Brockway, Jr.
                      28 Boston Terrace
                      Guilford, Connecticut 06437
                      (203) 214-0202

BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

## CERTIFICATION

This is to certify that the foregoing PLAINTIFF'S DEMAND FOR JUDGMENT has been served in person on November 21, 2003 to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.