UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.             :

                                  :   CIVIL ACTION NO.
            Plaintiff       :   3:03CV00609 (SRU)

V.                                  :

YALE UNIVERSITY; JEROME N. FRANK    :
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,  :
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N. :
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.  :
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,    :
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.  :

           Defendant(s)                      NOVEMBER 21, 2003

**MEMORANDUM OF LAWS
IN REGARD TO DEMAND FOR JUDGMENT**

**(c) Demand for Judgment.** "A judgment by default shall not be different in kind or exceed in amount that prayed for in the demand for judgment. Except as to a party against whom a judgment is entered by default, every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in the party's pleadings."

**(d) Cost; Attorneys' Fees. (1) Costs Other that Attorneys' Fees.** "Except when express provision therefor is made either in a statute of the United States or in these rules, costs other than attorney's fees shall be allowed as of course to the prevailing party unless the court otherwise directs; but costs against the United States, its

officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

 

RESPECTFULLY SUBMITTED,

*[signature]*
Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
(203) 214-0202

BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

## CERTIFICATION

This is to certify that the foregoing PLAINTIFF'S MEMORANDUM OF LAWS IN REGARD TO DEMAND FOR JUDGMENT has been served in person on November 21, 2003 to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

_Robert L. Brockway, Jr._