UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ROBERT L. BROCKWAY, JR.  :  2003 DEC 18  P 12: 21
                                                     :  CIVIL ACTION NO.
        Plaintiff         :  3:03CV00609 (SRU)

V.

YALE UNIVERSITY, ET AL  :
                                           :  December 17, 2003
        Defendant(s)   :

## MOTION TO CALL

On September 4, 2003 both parties appeared before the Court (Underhill, J.).

Pursuant to this motion hearing on September 4, 2003 the case was to proceed as follows:

1- Any amended complaint shall be filed by September 25, 2003.

2- Defendant's motion to dismiss shall be filed by October 16, 2003.

3- Opposition shall be filed by November 6, 2003.

4- Reply to the opposition shall be filed by November 20, 2003.

On September 5, 2003 plaintiff filed Amended Complaint. There has been considerable activity, originating from both parties, since this date.

Accordingly the plaintiff respectfully requests that the above Motion to Call be granted.

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
(203) 214-0202

USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)
BROCKWAY V. YALE UNIVERSITY, ET AL

## CERTIFICATION

This is to certify that the foregoing MOTION TO CALL has been served in person on December 17, 2003 to the legal office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.