**STATUS CONFERENCE HELD**
**DATE 2-6-04**
(10 min.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

February 6, 2004

1:30 p.m.

---

CASE NO. **3:03cv609**   **Brockway v Yale**

Robert L. Brockway Jr.
8 Boston Terrace
Guilford, CT 06437

Brock Thomas Dubin
Delaney, Zemetis, Donahue, Durham & Noon
Concept Park
741 Boston Post Rd.
Guilford, CT 06437

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noon
Concept Park
741 Boston Post Rd.
Guilford, CT 06437

*Hearing on pending motions rescheduled for Feb. 12 at 3:00 p.m.  SRU*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK