CT/cvmhrg (January 10, 2002)

HONORABLE Stefan Underhill
DEPUTY CLERK Martz   RPTR/ERO/TAPE Catucei

TOTAL TIME: 1 hours 15 minutes

DATE 2-12-04   START TIME 3:05   END TIME 4:20
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:03cv609 (SRU)

Brockway
vs.
Yale

Robert Brockway
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Patrick Noonen
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #51 | Motion for Status Conference | ☑ granted | ☐ denied | ☐ advisement |
| ☑ | #33 | Motion for Leave to File | ☑ granted | ☐ denied | ☐ advisement |
| ☑ | #35 | Motion for Leave to File | ☑ granted | ☐ denied | ☐ advisement |
| ☑ | #27 | Motion for Sanctions | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #49 | Motion for Judgment | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #39 | Motion for More Definite Statement | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #36 | Motion To Dismiss | ☑ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ filed ☐ docketed (×11)

_____ Hearing continued until _____ at _____