UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2004 FEB 17 P 1:46

ROBERT L. BROCKWAY, JR.

v                                                           3:03cv609 (SRU)

YALE UNIVERSITY, RICHARD C.
LEVIN, ROBERT A. SOLOMON,
ANTHONY T. KRONMAN, CARROLL
LEE LUCHT, JEROME N. FRANK
LEGAL SERVICE ORGANZATION OF
YALE LAW SCHOOL, STEPHEN WIZNER

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendants' motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and oral argument was held on February 12, 2004 granting the defendants' motion to dismiss.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 17th day of February, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____