BROCKWAY V. YALE UNIVERSITY, ET AL
USDC, BRIDGEPORT CIVIL ACTION NO.3:03CV00609 (SRU)

**FILED**

2004 JUL 13  A 11: 47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CERTIFICATION**

This is to certify that copies of the letters, dated June 29, 2004, were mailed postage prepaid on June 29, 2004 to GEORGE W. BUSH, President of the United States of America, The White House, Washington, D.C., and JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut.

It is also certified that on July 8, 2004 these same letters were delivered in person, to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

On July 12, 2004 these letters, Governor Rowland's letter of August 27, 2002, and this certification were mailed, postage prepaid to JOHN G. ROWLAND, Governor, State of Connecticut, and to M. JODI RELL, Governor, State of Connecticut, both to Room 200, State Capitol, Hartford, Connecticut 06106.

On July 12, 2004 this Certification, and Governor Rowland's letter of August 27, 2002 were mailed postage prepaid to GEORGE W. BUSH, President of the United States of America, Washington, D.C., to JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut, and to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.

Robert L. Brockway, Jr.  re: Brockway v CT Dept of Mental Health
28 Boston Terrace            3:95cv986(JBA) U.S. District Court, New Haven
Guilford, Connecticut, 06437  99-9018 U.S. Court of Appeals for 2nd Circuit
(203) 214-0202               Brockway v YLS 00-5269 U.S. Supreme Court

JOHN G. ROWLAND
Governor
State of Connecticut
Room 200, State Capitol
Hartford, Connecticut 06106         August 27, 2002

Dear Governor Rowland:

Thank you, for your attempts to, reform mental health. I am a law-abiding American citizen. I respectfully ask for an investigation, regarding the following:

In 1995 one Lynne S. Ott, and myself began the above entitled law suit, in the U.S. District Court, New Haven. Our claim is that a Yale University psychologist, who was a principal in a program for employment of patients, had denied us both any opportunity for employment. He stated that this was because of our political activities.

Two Yale Law School attorneys were appointed, to represent us. Our charges are the following: 1) this mentioned defendant, a psychologist at Yale University, committed perjury during discovery. 2) our Court appointed attorneys improperly withdrew. 3) we had requested reappointment of counsel, prior to appeal deadline.

I was forced, to muddle through an appeal, without counsel. Although my request, for reappoint of counsel is, within the Court record. (Copy enclosed).

Please consider an investigation of my concerns. Thank you.

Very truly yours,

Robert L. Brockway, Jr.

Enc