RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN
3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018;
USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

**FILED**
2004 JUL 19 P 3: 06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### CERTIFICATION

On this date July 16th 2004 it is certified that this certification; copies of letters dated June 29, 2004 to George W. Bush, President of the United States and to Joseph I. Lieberman, United States Senator from Connecticut; copy of letter dated August 27, 2002 to John G. Rowland, Governor, State of Connecticut; copy of letter dated January 5, 2002 to George W. Bush, President of the United States; copy of letter dated August 25, 2002 to Joseph I. Lieberman, United States Senator from Connecticut; and the Judgment dated February 17, 2004 of the Honorable Stefan R. Underhill, U.S.D.J., United States District Court, District of Connecticut have been mailed postage prepaid to the following:

OFFICE OF THE CLERK, SUPREME COURT OF THE UNITED STATES OF AMERICA; to GEORGE W. BUSH, President of the United States; to the United States Court of Appeals for the Second Circuit; to the Honorable STEFAN R. UNDERHILL, U.S.D.J. United States District Court, District of Connecticut; to JANET BOND ARTERTON, U.S.D.J. United States District Court, District of Connecticut; to JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut; to JOHN G. ROWLAND, Governor, State of Connecticut; to M. JODI RELL, Governor, State of Connecticut; to MAITE BARAINCA, ESQ., Assistant Attorney General, State of Connecticut; and. to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.