UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.,

V                                                                                          CASE NO. 303CV00609 (SRU)

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.                  AUGUST 6, 2004

**DEFENDANTS' OBJECTION TO PLAINTIFF'S
MOTION FOR APPLICATION FOR REVIEW BY WRIT
OF FEDERAL HABEUS CORPUS 28 U.S.C. 1291**

The Defendant objects to the plaintiff's Motion For Application For Review By Writ Of Federal Habeus Corpus. The plaintiff's application is illogical and without legal support as the above-referenced civil suit was dismissed by the Court (Underhill, J.) on February 12, 2004.

28 U.S.C. § 1291 entitled, "Final Decisions of District Court," states, "The Court of Appeals shall have jurisdiction of appeals from all decisions of the district courts of the United States…" In the event the plaintiff's "Motion for Application for Review by Writ of Federal Habeus Corpus" is an appeal of the Court's decision, said appeal is untimely. Pursuant to F.R.C.P. 4, as the plaintiff must file a Notice of Appeal within 30 days after entry of a

judgment.  The plaintiff filed the present "Motion for Application for Review by Writ of Federal Habeus Corpus" over five months after judgment in the above-referenced matter was entered.  Even if it were timely, the present motion is not the proper vehicle to appeal a decision of this Court.

If however, the plaintiff, indeed, intended to file a motion for a habeus corpus, the application is illogical and without legal support as the above matter is a civil suit, and plaintiff is not incarcerated.

**Conclusion:**

Wherefore, the defendants move that the plaintiff's Motion for Application for Review By Writ of Federal Habeus Corpus be denied.

                        THE DEFENDANTS
                        YALE UNIVERSITY, ET AL


                        BY_____
                          Patrick M. Noonan (ct00189)
                          Brock T. Dubin (ct18777)
                          Donahue, Durham & Noonan
                          741 Boston Post Road
                          Guilford, CT  06437
                          (203) 458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Mr. Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, CT  06437

                                                  _____
                                                  Brock T. Dubin