UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 11 A 11: 19
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

ROBERT L. BROCKWAY, JR. :
      Plaintiff                         :      CIVIL ACTION NO.
                                      :      3:03CV00609 (SRU)

V.                                           :

YALE UNIVERSITY, ET AL       :
                                      :      AUGUST 9, 2004
      Defendant(s)                :

I, Robert L. Brockway, Jr., the Plaintiff, of 28 Boston Terrace, Guilford, CT 06437, Telephone number: 1-203-214-0202, do hereby swear to the contents of the MOTION FOR APPLICATION FOR REVIEW BY WRIT OF FEDERAL HABEAS CORPUS 28 U.S.C. 1291, dated July 20, 2004 and to the contents of the MOTION TO INCLUDE WITH APPLICATION FOR WRIT OF HABEAS CORPUS THIS COPY OF SUMMARY ORDER, dated July 26, 2004.

                                                                                  _____
                                                                                  Robert L. Brockway, Jr

STATE OF CONNECTICUT      GUILFORD
COUNTY OF ~~NEW HAVEN~~

Subscribed and sworn to before me this 9th day of August, 2004

                                                                                  Janice G. Tefft
                                                                                 Notary Public

                                                                                JANICE G. TEFFT
                                                                                Notary Public
                                                                              State of Connecticut
                                                                              My Comm. Expires Jan. 31, 2005

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

### CERTIFICATION

It is certified that on this date August 9, 2004 the foregoing was delivered in person to the Honorable STEFAN R. UNDERHILL, U.S.D.J., United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; and delivered in person to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.