UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.

    Plaintiff

V.

YALE UNIVERSITY, ET AL

    Defendant(s)

CIVIL ACTION NO.
3:03CV00609 (SRU)

July 20, 2004

## MOTION FOR APPLICATION FOR REVIEW BY WRIT OF FEDERAL HABEAS CORPUS 28 U.S.C. 1291

Brockway v Yale University, et al came before the Honorable Stefan R. Underhill, United States District Judge as the result of the defendants' motion to dismiss. The Court reviewed all of the papers filed in conjunction with the motion and oral argument was held on February 12, 2004 granting the defendants' motion to dismiss. Defendants' motion based upon statute of limitations running out. Plaintiff represented himself and had made valiant attempts to obtain legal counsel before case become time bound. The efforts included the enclosed letters but was not limited to these. Plaintiff had to move forward with matter without counsel in order to hope for a later investigation. This case involves these unsettled issues: (1) the adequacy of an indigent plaintiff's court appointed legal representation. (2) the perjury of primary defendant Mr. Davidson during Discovery. (3) the filing of a

substantive letter during Appellate proceedings by defendants without legal standing or an Appearance. (4) the illegal withdrawal of plaintiffs' attorneys. (5) proper participation of Law Student Interns. (6) a confusing citation concerning the eligibility of Law Student Interns fixed within the decision of United States Court of Appeals for Second Circuit. Why did appellate court add this citation when a time bound decision is absolute?

The problem of federal judges holding evidentiary hearings is a recurring one. In Brown v. Allen, 344 U.S. 443, are opinions by Justices Reed and Frankfurter, both speaking for a majority of the Court.

In Frank v. Mangum, 237 U S. 309, 331, Court has recognized that habeas corpus in the federal courts is a proper procedure to safeguard the liberty of all.

28 U.S.C. 2243 offers by mandate a trial-type proceeding in federal court for those aggrieved by injustice from an apparently rigged contest.

28 U.S.C. 1291 the Court held that an appeal is always possible.

RESPECTFULLY SUBMITTED,

*[signature]*
ROBERT L. BROCKWAY, JR
28 Boston Terrace
Guilford, Connecticut 06437
1-203-214-0202

Robert L. Brockway, Jr.  re: Brockway v CT Dept of Mental Health
28 Boston Terrace  3:95cv986(JBA) U.S. District Court, New Haven
Guilford, Connecticut, 06437  99-9018 U.S. Court of Appeals for 2nd Circuit
(203) 214-0202  Brockway v YLS 00-5269 U.S. Supreme Court

George W. Bush
President of the United States of America
The White House
Washington, DC 20500                June 29, 2004

Dear President Bush:

I respectfully enclose a copy of a letter sent to you, which was answered subsequently by your office. Your answer reasonably states that, the White House has a practice of not investigating cases, which are currently active before a Court of Law.

After this I was forced to proceed without legal representation, and my case was heard on February 12th, 2004 in the U.S. District Court, Bridgeport Connecticut. On February 17, 2004 this matter was adjudged closed, due to the Statute of Limitations running out, while I attempted to obtain legal counsel.

This matter involved my right to free speech, issues of perjury, the accountability of a federally funded project, and the public's right to know.

Now that my case is closed, I am again respectfully requesting an investigation of my concerns. Mr. President would you, kindly consider looking into the pattern of violations, of my civil rights in this matter? Thank you for your interest and concern.

                              Very truly yours,

                              *[signature]*
                              Robert L. Brockway, Jr.


A form of this letter also has been sent to
Joseph I. Lieberman, United States Senator, State of Connecticut

28 Boston Terrace
Guilford, Connecticut 06437
Cellular phone: 203-412-0202                January 5, 2002


George W. Bush
President of the United States of America    re: Brockway et al v
The White House                               Department of Mental Health State of CT
Washington, DC 20500                          and Yale University Law School

Dear President Bush:

I write this letter as a law-abiding American citizen. I began a civil suit, against one Larry Davidson, a Yale University psychology professor in 1995. (U.S. District Court New Haven 3:95cv986JBA).

Mr. Davidson had violated my free speech, and that of another individual, one Lynne S. Ott. We had expressed our law-abiding concerns, in regard to the documented waste, within the American mental health system. Later we applied for employment, in a federally funded project, in which Mr. Davidson was directly involved. Mr. Davidson told us that "we would not be eligible because of our political activities." And that "we need not apply".

Mr. Davidson lied in his Court deposition. Our Court appointed attorneys Carroll Lee Lucht, and Stephen Wizner of Yale Law School, lied in affidavit concerning their withdrawal from our case.

Attorneys Lucht and Wizner also submitted, a documented substantive letter, to Court without proper legal standing. I appealed this matter to, the U.S. Court of Appeals for the Second Circuit, and to the U.S. Supreme Court. This matter failed to receive certiorari.

Mr. President please consider investigating this matter. It involves the proper administration of a federal grant, and the right of Americans, to demand accountability.

Respectfully submitted,

Robert L. Brockway, Jr.

Robert L. Brockway, Jr.      re: Brockway v CT Dept of Mental Health
28 Boston Terrace                3:95cv986(JBA) U.S. District Court, New Haven
Guilford, Connecticut, 06437     99-9018 U.S. Court of Appeals for 2nd Circuit
(203) 214-0202                  Brockway v YLS 00-5269 U.S. Supreme Court

JOSEPH I. LIEBERMAN
United States Senator
ONE STATE STREET
14th Floor                              June 29, 2004
Hartford, CT  06103

Dear Senator Lieberman:

     I respectfully enclose a copy of a letter sent to you, which was answered subsequently by your office.  Your answer reasonably states that, your office has a practice of not investigating cases, which are currently active before a Court of Law.

     After this I was forced to proceed without legal representation, and my case was heard on February 12th, 2004 in the U.S. District Court, Bridgeport Connecticut.  On February 17, 2004 this matter was adjudged closed, due to the Statute of Limitations running out, while I attempted to obtain legal counsel.

     This matter involved my right to free speech, issues of perjury, the accountability of a federally funded project, and the public's right to know.

     Now that my case is closed, I am again respectfully requesting an investigation of my concerns.  Senator Lieberman would you, kindly consider looking into the pattern of violations, of my civil rights in this matter?  Thank you for your interest and concern.

                                              Very truly yours,

                                              Robert L. Brockway, Jr.

A form of this letter also has been sent to:
George W. Bush, President of the United States of America, The White House, Washington, D.C.

Robert L. Brockway, Jr.  
28 Boston Terrace  
Guilford, Connecticut, 06437  
(203) 214-0202

re: Brockway v CT Dept of Mental Health  
3:95cv986(JBA) U.S. District Court, New Haven  
99-9018 U.S. Court of Appeals for 2nd Circuit  
Brockway v YLS 00-5269 U.S. Supreme Court

JOSEPH I. LIEBERMAN  
United States Senator  
ONE STATE STREET  
14th Floor  
Hartford, CT 06103

August 25, 2002

Dear Senator Lieberman:

You have been a strong advocate, for human rights. I am a law-abiding Connecticut citizen. I respectfully request an investigation, regarding the following:

In 1995 one Lynne S. Ott, and myself began the above entitled law suit, in the U.S. District Court, New Haven. Our claim is that a Yale University psychologist, who was a principal in a program for employment of patients, had denied us both any opportunity for consideration. He stated that this was because of our activism.

Two Yale Law School attorneys were appointed, to represent us. Our charges are the following: 1) this mentioned defendant, a psychologist at Yale University, committed perjury during discovery. 2) our Court appointed attorneys improperly withdrew. 3) we had requested reappointment of counsel, prior to appeal deadline.

We were forced, to muddle through an appeal, without counsel. Although our unadjudged request, for reappoint is, within the Court record. (Copy enclosed).

Thank you for your past interest, and wonderful concern regarding these issues..

Very truly yours,

Robert L. Brockway, Jr.

Enc

Robert L. Brockway, Jr.      re: Brockway v CT Dept of Mental Health
28 Boston Terrace               3:95cv986(JBA) U.S. District Court, New Haven
Guilford, Connecticut, 06437    99-9018 U.S. Court of Appeals for 2nd Circuit
(203) 214-0202                 Brockway v YLS 00-5269 U.S. Supreme Court

JOHN G. ROWLAND
Governor
State of Connecticut
Room 200, State Capitol
Hartford, Connecticut 06106        August 27, 2002

Dear Governor Rowland:

       Thank you, for your attempts to, reform mental health. I am a law-abiding American citizen. I respectfully ask for an investigation, regarding the following:

       In 1995 one Lynne S. Ott, and myself began the above entitled law suit, in the U.S. District Court, New Haven. Our claim is that a Yale University psychologist, who was a principal in a program for employment of patients, had denied us both any opportunity for employment. He stated that this was because of our political activities.

       Two Yale Law School attorneys were appointed, to represent us. Our charges are the following: 1) this mentioned defendant, a psychologist at Yale University, committed perjury during discovery. 2) our Court appointed attorneys improperly withdrew. 3) we had requested reappointment of counsel, prior to appeal deadline.

       I was forced, to muddle through an appeal, without counsel. Although my request, for reappoint of counsel is, within the Court record. (Copy enclosed).

       Please consider an investigation of my concerns. Thank you.

                              Very truly yours,

                              Robert L. Brockway, Jr.

Enc

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.

v.                                              3:03cv609 (SRU)

YALE UNIVERSITY, RICHARD C.
LEVIN, ROBERT A. SOLOMON,
ANTHONY T. KRONMAN, CARROLL
LEE LUCHT, JEROME N. FRANK
LEGAL SERVICE ORGANZATION OF
YALE LAW SCHOOL, STEPHEN WIZNER

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendants' motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and oral argument was held on February 12, 2004 granting the defendants' motion to dismiss.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 17th day of February, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket 2/20/04

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

CERTIFICATION

On this date July 20th 2004 it is certified that this certification; copies of letters dated June 29, 2004 to George W. Bush, President of the United States of America, The White House, Washington, D.C. 20500 and to Joseph I. Lieberman, United States Senator, State of Connecticut, ONE STATE STREET, Suite 1420 Hartford, CT 06103; copy of letter dated August 27, 2002 to John G. Rowland, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; copy of letter dated January 5, 2002 to George W. Bush, President of the United States, The White House, Washington, D.C. 20500; copy of letter dated August 25, 2002 to Joseph I. Lieberman, United States Senator, State of Connecticut, ONE STATE STREET Suite 1420 Hartford, CT 06103; and the Judgment dated February 17, 2004 of the Honorable Stefan R. Underhill, U.S.D.J., United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604 were mailed postage prepaid to the following:

OFFICE OF THE CLERK, SUPREME COURT OF THE UNITED STATES OF AMERICA, WASHINGTON, DC 20543-0001; to GEORGE W. BUSH, President of the United States, The White House, Washington, DC 20500; to the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, Foley Square, New York, NY 10007; to the Honorable STEFAN R. UNDERHILL, U.S.D.J. United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; to the Honorable JANET BOND ARTERTON, U.S.D.J.,

United States District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510; to JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut, ONE STATE STREET Suite 1420 Hartford, CT 06103; to JOHN G. ROWLAND, Governor, State of Connecticut, Room 200, State Capitol, Hartford, Connecticut 06106; to M. JODI RELL, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to MAITE BARAINCA, ESQ., Assistant Attorney General, State of Connecticut, P.O. Box 230, Hartford, CT 06141-012; and. to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.