Robert L. Brockway, Jr.  
28 Boston Terrace  
Guilford, CT 06437  
1-(203)-214-0202

re: Brockway v Yale University, et al  
Civil Action No. 3:03CV00609 (SRU)

2004 SEP 28  A 9: 49

Stefan R. Underhill, U.S.D.J.  
United States District Judge  
United States District Court  
District of Connecticut  
915 LaFayette Blvd.  
Bridgeport, CT 06604

September 23, 2004

To the Honorable Stefan R. Underhill, U.S.D.J.:

On September 16, 2004 I personally served, two notarized documents to your honor, which have been filed. In the same envelope addressed to you I served a copy of a letter dated February 10, 1999 sent to the Honorable Janet Bond Arterton, U.S.D.J., United States District Court, New Haven. This letter was filed previously, during the course, of this matter.

On today's date, I received the letter back from USDC, New Haven. I then called your chambers. I was informed that the letter has not been filed in USDC, Bridgeport, and that I should mail it back, to your honor with a cover letter.

I respectfully submit this letter. I am sorry for any inadvertent mistake.

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.

RECEIVED
SEP 16 2004

Lynne S. Ott
1A Boston Terrace
Guilford, Connecticut 06436
1-(203)-453-0061

February 10, 1999

Robert L. Brockway, Jr.
287 Foxon Road
East Haven, Connecticut 06513
1-(203)-467-6232

re:  Ott, et al v Solnit, et al
     3:95cv986(JBA)

Janet Bond Arterton, USDJ
United States District Court
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

To the Honorable Janet Bond Arterton, USDJ:

On January 25, 1996, this Court saw a need, in the first instance, to appoint legal counsel for Plaintiffs. On April 22, 1998, this Court granted Motion to Withdraw Legal Counsel, based upon appointed counsels' allegation, that Plaintiffs desired to "go pro se". Plaintiffs have disputed this, and issue is under investigation, by the Connecticut Bar Grievance Committee. The decision is imminent.

Now that an appeal has been in progress, it is now even more apparent that competent, and loyal legal representation is essential. An attorney with consistent Court experience, is a minimal requirement, for a case with these complexities.

There are reasons, for a justiciable appeal, of Defendants' Summary Judgment. Legal representation is required due to special issues, concerning validity of Defendants' testimony, during the Discovery process. Defendant Davidson insisted, that a bogus letter be made a Court exhibit, after his interrogatory.

First year law students, completely handled, all interrogatories. Attorney Lucht turned to Plaintiffs, after Defendant Davidson's interrogatory, and stated that "Davidson was lying;" however, Davidson was not confronted about this.

Plaintiffs respectfully request a special meeting, with defense counsel present, in either the Court Chambers, or Open Court. This concerning the appointment of legal counsel for Plaintiffs. Plaintiffs will then demonstrate, the need for Court appointed, legal representation.

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
287 Foxon Road
East Haven, Connecticut 06513
1- (203) 467-6232

Lynne S. Ott
365 Vineyard Point Road
Guilford, Connecticut 06437
1- (203)- 453-0061

### CERTIFICATION

This is to certify that the foregoing has been mailed, postage prepaid, or delivered in person, on this 10th day of February, 1999, to PATRICK M. NOONAN, DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437, and to MAITE BARAINCA, Assistant Attorney General, P.O. Box 120, Hartford, CT 06141-0120.

Robert L. Brockway, Jr.

Lynne S. Ott

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| 141 Church Street | 450 Main Street | 915 Lafayette Blvd. |
| New Haven, CT 06510 | Hartford, CT 06103 | Bridgeport, CT 06604 |
| (203) 773-2140 | (860) 240-3200 | (203) 579-5861 |

**(Web address: www.ctd.uscourts.gov)**

Ott, et al.

               V                    CIVIL NO. 3:95 cv 986 (JBA)

Mental Health, et al.

## NOTICE TO COUNSEL

We are returning your Motion to Admit Pro Hac Vice for failure to \_\_\_\_ pay $25.00 fee for each attorney seeking admission. LR 83.1(d)2 \_\_\_\_ submit $25.00 fee required per attorney per motion.

**We are returning your pleadings/documents for failure to file at the seat of court where the docket is maintained. Please file in** \_\_\_\_ Bridgeport \_\_\_\_ Hartford ✔ **New Haven**.

\_\_\_\_ Please enter your appearance. LR 5(a)

\_\_\_\_ We are returning the depositions submitted to this office. Counsel are to retain custody of depositions and exhibits unless the parties are unable to agree as to who shall retain custody of the transcript. In the event of a disagreement, counsel will need permission of the court to file depositions. LR 30(b)

\_\_\_\_ Your offer of judgment pursuant to Rule 68 FRCvP is being returned to you as there is no indication that it has been accepted. Rule 68 provides "(I)f within 10 days after the service of the offer the adverse party serves written notice that the offer is accepted, either party may then file the offer and notice of acceptance together with proof of service thereof and thereupon the clerk shall enter judgment." If and when your offer is accepted, it may be filed as described in the rule.

\_\_\_\_ Discovery material, including computations of damages and expert reports need not be filed with the court. L.R.5(e)

Date: September 16, 2004

                                                        TMS
                                Clerk, U.S. District Court

(Rev. 4/20/04)

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

## CERTIFICATION

It is certified that on this date September 23, 2004 the foregoing was mailed postage prepaid to the Honorable STEFAN R. UNDERHILL, U.S.D.J., United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; and was mailed postage prepaid to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.