UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| ROBERT L. BROCKWAY, JR. : | 2004 OCT 12 P 12:34 |
| Plaintiff : | CIVIL ACTION NO.<br>3:03CV00609 (SRU) |
| V. : | |
| YALE UNIVERSITY, ET AL : | |
| Defendants : | October 7, 2004 |

### MOTION FOR RECONSIDERATION

In regard to Local Civil Rule 7(c)(1) the Plaintiff respectfully requests this Motion for Reconsideration. A reconsideration of the order entitled **RULING AND ORDER** of the Honorable Stefan R. Underhill, U.S.D.J. which was filed by the United States District Court, Bridgeport on 2004 OCT -4 P12:19.

This order on page 2 states the following: "Brockway's petition (doc. #61) is DENIED. In light of this ruling, the court will no longer entertain motions to supplement that petition. The clerk shall return such motions to the plaintiff along with any attachments without docketing them."

Furthermore the Court states that "Brockway is right that the writ of habeas corpus can do more than reach behind prison walls and iron bars, but it still only provides a remedy in those cases where there is a severe restraint of liberty."

The Plaintiff is deeply sorry for burdening this Honorable Court unnecessarily with irrelevant background information.

The Plaintiff has legally served some Motions just before, and on the date of this Court order. Some of these Motions, may not have been seen. Such as the attached Deposition of Ezra Griffith, M.D. and the APPEARANCES: For the Plaintiffs

1

BROCKWAY & OTT: YALE LAW SCHOOL 127 Wall Street (P.O. Box 209090) New Haven, Connecticut 06511 by SEMANTHA GRAFF (Law Student Intern)

The names of Court Appointed Attorney Carroll Lee Lucht, and Court Appointed Attorney Stephen Wizner do not show on this document. They were not at Defendant Dr. Griffith's Deposition, to represent the Plaintiff. Only Law Student Interns were there. These Motions could alter the Courts position. They could establish that the Plaintiff suffered a severe restraint on his liberty.

Accordingly the Plaintiff respectfully requests, that this Honorable Court grant this Motion to Reconsider. The Plaintiff would testify in open court, if need be, to further substantiate his claim of substantive attorney malpractice.

RESPECTFULLY SUBMITTED,

*[signature]*
Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
Telephone: 1-(203) 214-0202

## MEMORANDUM OF LAWS

**(c) Motions for Reconsideration.**

1. Motions for reconsideration shall be filed and served within ten (10) days of the filing of the decision or order from which such relief is sought, and shall be accompanied by a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court overlooked in the initial decision or order.

                    RESPECTFULLY SUBMITTED,

*/s/ Robert L. Brockway, Jr.*
Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
Telephone: 1-(203) 214-0202

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

CERTIFICATION

It is certified that on this date October 7, 2004 the foregoing was mailed postage prepaid to the Honorable STEFAN R. UNDERHILL, U.S.D.J., United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; and on this date October 7, 2004 the foregoing was served in person to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.

4