UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 14 P 3: 11

| | |
|---|---|
| ROBERT L. BROCKWAY, JR. | |
| Plaintiff | CIVIL ACTION NO. <br> 3:03CV00609 (SRU) |
| V. | |
| YALE UNIVERSITY, ET AL | |
| Defendants | October 13, 2004 |

## MOTION FOR JUDGMENT

The Plaintiff respectfully requests that this Motion for Judgment be granted, and that this honorable Court order that Defendants pay the Plaintiff financial damages as shown on Plaintiff's DAMAGES ANALYSIS, dated October 13, 2004.

RESPECTFULLY SUBMITTED.

*[signature]*
Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
Telephone: (203) 214-0202

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.            :

    Plaintiff                         :

v.

YALE UNIVERSITY; JEROME N. FRANK        :       CIVIL ACTION NO.
LEGAL SERVICES ORGANIZATION OF                  3:03cv00609(SRU)
YALE LAW SCHOOL; RICHARD C. LEVIN,       :
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N. :
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;    :
CARROLL LEE LUCHT, Law Professor,         :
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.  :       OCTOBER 13, 2004

    Defendants

## DAMAGES ANALYSIS

Pursuant to Fed. R. Civ. P. 26(f) the plaintiff respectfully submits the following damages analysis. Plaintiff contends that the Defendants' actions require that they pay all costs to prepare this case. The defendants indeed improperly influenced the course of this matter before our honorable Courts of Law.

Plaintiff states that the cost to prepare this case would have to be determined by the time taken to develop this matter, and that this total time be multiplied by a reasonable hourly rate. Plaintiff utilized 7000 hours to develop matter up to above date. A reasonable hourly rate is $30.00. Therefore labor costs to prepare equal $210,000.00.

Punitive Damages are claimed due to the obvious evidence of wrong doing on the part of Defendants. As Attorneys at Law, and Law Professors these defendants understood the intent of the Law; accordingly, one must reasonably conclude that their actions were willful, and purposeful.

A reasonable person would conclude that defendants' motives were to improperly influence the course of this matter, and to protect illegitimate interests.

## COMPENSATORY DAMAGES

| Costs Itemized | Remedy for Damages Itemized |
|---|---|
| Supplies, Transportation | $ 11,000.00 |
| Preparatory Costs (Labor) | $210,000.00 |
| Violation of plaintiff's rights | $500,000.00 |
| Punitive Damages | $500,000.00 |
| Total | $1,221,000.00 |

(Appropriate rate of interest to be determined later.)

RESPECTFULLY SUBMITTED,

*[signature]*
Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
(203) 214-0202

2

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

## CERTIFICATION

It is certified that on this date October 13, 2004 the foregoing was mailed postage prepaid to the Honorable STEFAN R. UNDERHILL, U.S.D.J., United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; and on this date October 13, 2004 the foregoing was served in person to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.