**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ROBERT L. BROCKWAY, JR.,
    Plaintiff,

    v.

YALE UNIVERSITY, ET AL.,
    Defendants.

2004 OCT 20  A 8: 53

CIVIL ACTION NO.
3:03cv609 (SRU)

## RULING ON MOTION FOR RECONSIDERATION

Robert Brockway asks me to reconsider my ruling denying his petition for writ of habeas corpus (doc. # 67). Brockway is concerned that, in ruling on his petition, I may not have considered evidence he submitted concerning one of the depositions in his prior case. Even accepting as true all the circumstances set forth in Brockway's motion, it does not alter my previous conclusion. Accordingly, Brockway's motion for reconsideration (doc. # 69) is GRANTED, but on reconsideration I will abide by my earlier ruling.

It is so ordered.

Dated at Bridgeport, Connecticut, this 19th day of October 2004.

Stefan R. Underhill
United States District Judge