UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.,

V                                                                      CASE NO. 303CV00609 (SRU)

YALE UNIVERSITY; JEROME N. FRANK
LEGAL SERVICES ORGANIZATION OF
YALE LAW SCHOOL; RICHARD C. LEVIN,
President of the University, Official Capacity;
ROBERT A. SOLOMON, Director of JEROME N.
FRANK LEGAL SERVICES ORGANIZATION
OF YALE LAW SCHOOL, I/O; ANTHONY T.
KRONMAN, Dean of Yale Law School, I/O;
CARROLL LEE LUCHT, Law Professor,
and Attorney at Law, I/O; STEPHEN WIZNER,
Law Professor, and Attorney at Law, I/O.                OCTOBER 15, 2004

**DEFENDANTS' BRIEF IN OPPOSITION TO
PLAINTIFF'S MOTION FOR JUDGMENT**

Defendants hereby object to plaintiff's Motion for Judgment, dated October 13, 2004. This action was dismissed and judgment entered on February 20, 2004. Under the circumstances, the plaintiff's Motion for Judgment must be denied.

THE DEFENDANTS
YALE UNIVERSITY, ET AL


BY_____
Patrick M. Noonan (ct00189)
Donahue, Durham & Noonan
741 Boston Post Road
Guilford, CT  06437
(203)458-9168

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168 • FAX:  (203) 458-4424
JURIS NO. 415438

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Mr. Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, CT  06437

_____
Patrick M. Noonan