UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT L. BROCKWAY, JR.　　　　:
　　　　　　　　　　　　　　　　　:　CIVIL ACTION NO.
　　　　Plaintiff　　　　　　　　　:　3:03CV00609 (SRU)
　　　　　　　　　　　　　　　　　:
V.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
YALE UNIVERSITY, ET AL　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　Defendants　　　　　　　　:　October 25, 2004

## PLAINTIFF'S MOTION TO WAIVE LIMITATIONS

The Plaintiff respectfully requests that in accordance with Plaintiff's Reply to Defendants' Brief in Opposition to Plaintiff's Motion for Judgment, that time bound limitations be waived, and that this matter be adjudged based upon its merits. Merits based upon the overwhelming documented evidence, of the profound attorney malpractice of Defendants, during the course of this matter.

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, Connecticut 06437
Telephone: 1-(203) 214-0202