RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN

3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018;

USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

## CERTIFICATION

It is certified that on this date October 25, 2004 the Reply to Defendants' Brief in

Opposition to Plaintiff's Motion for Judgment, and Motion to Call, and Plaintiff's

Motion to Waive Limitations were mailed postage prepaid to the Honorable STEFAN R.

UNDERHILL, U.S.D.J., United States District Court, District of Connecticut, 915

LaFayette Blvd., Bridgeport, CT 06604; and on this date October 25, 2004 the Plaintiff's

Reply to Defendants' Brief in Opposition to Plaintiff's Motion for Judgment, and

Plaintiff's Motion to Waive Statute of Limitations were served in person to the law office

of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS,

DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post

Road, Guilford, CT 06437.

Robert L. Brockway, Jr.

4