UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT L. BROCKWAY, JR. | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:03CV00609 (SRU) |
| V. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | | November 25, 2004 |
| Defendant(s) | : | |

## MOTION TO RETURN THIS MATTER TO THE APPELLATE COURT FOR CLARIFICATION

Brockway respectfully requests that this matter be returned to the honorable United States Court of Appeals for the Second Circuit. This as specified in Brockway's MOTION TO INCLUDE WITH APPLICATION FOR WRIT OF HABEAS CORPUS THIS COPY OF SUMMARY ORDER dated July 26, 2004 which was mailed postage prepaid to all parties on same date.

This to clarify the following issue:

On bottom of page 3 of this Summary Order this citation is found:

———————

".   Because we hold that the district court properly denied Brockway's motion for an extension of time to file a notice of appeal from the judgment, we do not have jurisdiction to consider the merits of Brockway's claims, including his claim that the law students who represented him were ineligible to do so."

Brockway respectfully asks why is this citation, included when a time bound judgment is absolute, and complete unto itself? Does this United States Court of

1

Appeals for the Second Circuit, suggest some possible future action Brockway might take to find justice, and equity in this matter?

Brockway believes that this Summary Order leaves open innumerable possibilities, that only the honorable United States Court of Appeals for the Second Circuit, can adequately answer.

Accordingly, Brockway respectfully requests that this matter, be returned to the jurisdiction of the honorable United States Court of Appeals for the Second Circuit, for clarification.

            RESPECTFULLY SUBMITTED,

            *[signature]*
            Robert L. Brockway, Jr.
            28 Boston Terrace
            Guilford, CT 06437
            (203) 214-0202

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

## CERTIFICATION

It is certified that on this date November 25th 2004 the foregoing was mailed postage prepaid to the following: OFFICE OF THE CLERK, SUPREME COURT OF THE UNITED STATES OF AMERICA, WASHINGTON, DC 20543-0001; to GEORGE W. BUSH, President of the United States, The White House, Washington, DC 20500; to the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, Foley Square, New York, NY 10007; to the Honorable STEFAN R. UNDERHILL, U.S.D.J. United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; to the Honorable JANET BOND ARTERTON, U.S.D.J., United States District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510; to JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut, 1 Constitution Plaza, Hartford, CT 06106; to JOHN G. ROWLAND, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to M. JODI RELL, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to MAITE BARAINCA, ESQ., Assistant Attorney General, State of Connecticut, P.O. Box 230, Hartford, CT 06141-012 ; and. to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.