UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT L. BROCKWAY, JR. : | |
| Plaintiff : | CIVIL ACTION NO.<br>3:03CV00609 (SRU) |
| V. : | |
| YALE UNIVERSITY, ET AL : | |
| Defendant(s) : | November 26, 2004 |

## MOTION FOR SPECIAL HEARING DUE TO MY BEING DENIED COURT ACCESS DUE TO MY DISABILITY

I have been diagnosed as "mentally ill" at the Veterans' Hospital, West Haven Campus, West Haven, Connecticut. I have signed a medical release. The Defendants have had full access to my records.

The record shows that the Defendants have denied me Court access, and have denied me, a proper redress of my documented issues.

I have been forced to represent myself pro se, after several documented efforts, to retain an Attorney at Law. The record shows that among other issues, the Defendants left me without legal representation, during the Deposition of one Ezra Griffith, M.D.

United States Supreme Court case entitled State of Tennessee v. George Lane and Beverly Jones, No. 02-1667, involves two disabled individuals who were denied court access. The judgment sustains that discrimination will no longer be tolerated. This matter has reinforced Title II

of the United States Code, 42U.S.C. 12131-34, and has outlawed discrimination of the disabled.

Accordingly, I respectfully recommend that that this matter be investigated, and if required that it, be moved to the jurisdiction of the honorable United States Supreme Court for deliberations.

## MEMORANDUM OF LAWS

On May 17, 2004, the Supreme Court of the United States ruled in Tennessee v. Lane, No. 02-1667, 124 S. Ct. 1978, 2004 WL 1085482, the Congress validly exercised its power under the Fourteenth Amendment to abrogate states' sovereign immunity in suits brought under Title II of the American with Disabilities Act involving access to courts. While the Court limited its holding to cases involving access to courts, its expansive analysis documents the history of state-sponsored discrimination against people with disabilities in many different areas and contains broad statements about the careful tailoring of Title II's requirements generally.

                        RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, CT 06437
(203) 214-0202

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

## CERTIFICATION

It is certified that on this date November 26th 2004 the foregoing was mailed postage prepaid to the following: OFFICE OF THE CLERK, SUPREME COURT OF THE UNITED STATES OF AMERICA, WASHINGTON, DC 20543-0001; to GEORGE W. BUSH, President of the United States, The White House, Washington, DC 20500; to the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, Foley Square, New York, NY 10007; to the Honorable STEFAN R. UNDERHILL, U.S.D.J. United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; to the Honorable JANET BOND ARTERTON, U.S.D.J., United States District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510; to JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut, 1 Constitution Plaza, Hartford, CT 06106; to JOHN G. ROWLAND, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to M. JODI RELL, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to MAITE BARAINCA, ESQ., Assistant Attorney General, State of Connecticut, P.O. Box 230, Hartford, CT 06141-012 ; and served in person to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

## CERTIFICATION

It is also certified that on this date November 26th 2004 the foregoing was mailed postage prepaid to RICHARD BLUMENTHAL, Attorney General, State of Connecticut, 55 Elm Street, Hartford, CT 06106.

*Robert L. Brockway, Jr.*