UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 DEC -3 P 12: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ROBERT L. BROCKWAY, JR.

    Plaintiff

V.

YALE UNIVERSITY, ET AL

    Defendant(s)

CIVIL ACTION NO.
3:03CV00609 (SRU)

December 2, 2004

## MOTION TO SUBMIT
## FULL ADDRESS FOR MEDICAL RECORDS

In accordance with my MOTION FOR SPECIAL HEARING DUE TO MY BEING DENIED COURT ACCESS DUE TO MY DISABILITY, dated November 26, 2004, I respectfully submit the following information concerning the source of my medical records:

    UNITED STATES GOVERNMENT
    DEPARTMENT OF VETERAN'S AFFAIRS
    VA CONNECTICUT HEALTHCARE SYSTEM
    WEST HAVEN MEDICAL CENTER
    950 Campbell Avenue
    West Haven, Connecticut 06516-2700

The Main Hospital Number is: (203) 932-5711

Please consider accessing this information if you desire.

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, CT 06437
(203) 214-0202

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

CERTIFICATION

It is certified that on this date December 2, 2004 the foregoing was mailed postage prepaid to the following: OFFICE OF THE CLERK, SUPREME COURT OF THE UNITED STATES OF AMERICA, WASHINGTON, DC 20543-0001; to GEORGE W. BUSH, President of the United States, The White House, Washington, DC 20500; to the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, Foley Square, New York, NY 10007; to the Honorable STEFAN R. UNDERHILL, U.S.D.J. United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; to the Honorable JANET BOND ARTERTON, U.S.D.J., United States District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510; to JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut, 1 Constitution Plaza, Hartford, CT 06106; to JOHN G. ROWLAND, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to M. JODI RELL, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to RICHARD BLUMENTHAL, Attorney General, State of Connecticut, 55 Elm Street, Hartford, CT 06106, MAITE BARAINCA, ESQ., Assistant Attorney General, State of Connecticut, P.O. Box 230, Hartford, CT 06141-012 ; and served in person to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.