UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 DEC 13  P 12: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| ROBERT L. BROCKWAY, JR. | : | |
| Plaintiff | : | |
| v. | | |
| YALE UNIVERSITY; JEROME N. FRANK LEGAL SERVICES ORGANIZATION OF YALE LAW SCHOOL; RICHARD C. LEVIN, President of the University, Official Capacity; ROBERT A. SOLOMON, Director of JEROME N. FRANK LEGAL SERVICES ORGANIZATION OF YALE LAW SCHOOL, I/O; ANTHONY T. KRONMAN, Dean of Yale Law School, I/O; CARROLL LEE LUCHT, Law Professor, and Attorney at Law, I/O; STEPHEN WIZNER, Law Professor, and Attorney at Law, I/O. | : : : : : : : : : | CIVIL ACTION NO. 3:03cv00609(SRU)  DECEMBER 9, 2004 |

## MOTION TO MOVE THIS MATTER TO
## THE SUPREME COURT OF THE UNITED STATES OF AMERICA

(This matter also involves Brockway v Connecticut Department of Mental Health, et al, No: 3:95cv986(JBA) USDC; 99-9018, USCA2C; and 00-5269, USSC.)

Based upon the May 17, 2004, Supreme Court of the United States ruling in Tennessee v. Lane, No. 02-1667, 124 S. Ct. 1978, 2004 WL 1085482 I respectfully request that this matter be moved to the honorable Supreme Court of the United States of America.

Should any time limitations be waived in this matter? This due to my documented disability, and how this disability has interfered with my efforts, as a pro se plaintiff? Now that I have successfully informed the Court, of the documented evidence of attorney malpractice should I be compensated for my labor, and expenses?

1

## MEMORANDUM OF LAWS

On May 17, 2004, the Supreme Court of the United States ruled in Tennessee v. Lane, No. 02-1667, 124 S. Ct. 1978, 2004 WL 1085482, the Congress validly exercised its power under the Fourteenth Amendment to abrogate states' sovereign immunity in suits brought under Title II of the American with Disabilities Act involving access to courts. While the Court limited its holding to cases involving access to courts, its expansive analysis documents the history of state-sponsored discrimination against people with disabilities in many different areas and contains broad statements about the careful tailoring of Title II's requirements generally.

The Court held that Congress unequivocally expressed its intent to abrogate sovereign immunity in ADA, 42 U.S.C. 12202, and that Congress's Section 5 power includes "the authority both to remedy and deter violation of Fourteenth Amendment rights. . ." which includes the right of access to the courts. The Court's analysis focused on the history of unconstitutional discrimination against people with disabilities, which includes voting, education, institutionalization, marriage, family rights, etc. All of which could be remedied when constitutionally protected, court access is straight forward, and equitable for all disabled Americans.

RESPECTFULLY SUBMITTED,

Robert L. Brockway, Jr.
28 Boston Terrace
Guilford, CT 06437
(203) 214-0202

RE: BROCKWAY V. CT DEPT OF MENTAL HEALTH USDC, NEW HAVEN 3:95CV986(JBA); BROCKWAY V. YALE UNIVERSITY, ET AL USCOA2C.99-9018; USSC 00-5269 AND USDC, BRIDGEPORT 3:03CV00609(SRU).

## CERTIFICATION

It is certified that on this date December 9, 2004 the foregoing was mailed postage prepaid to the following: OFFICE OF THE CLERK, SUPREME COURT OF THE UNITED STATES OF AMERICA, WASHINGTON, DC 20543-0001; to GEORGE W. BUSH, President of the United States, The White House, Washington, DC 20500; to the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, Foley Square, New York, NY 10007; to the Honorable STEFAN R. UNDERHILL, U.S.D.J. United States District Court, District of Connecticut, 915 LaFayette Blvd., Bridgeport, CT 06604; to the Honorable JANET BOND ARTERTON, U.S.D.J., United States District Court, District of Connecticut, 141 Church Street, New Haven, CT 06510; to JOSEPH I. LIEBERMAN, United States Senator, State of Connecticut, 1 Constitution Plaza, Hartford, CT 06106; to JOHN G. ROWLAND, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to M. JODI RELL, Governor, State of Connecticut, Room 200, State Capitol, Hartford, CT 06106; to RICHARD BLUMENTHAL, Attorney General, State of Connecticut, 55 Elm Street, Hartford, CT 06106, MAITE BARAINCA, ESQ., Assistant Attorney General, State of Connecticut, P.O. Box 230, Hartford, CT 06141-012 ; and served in person to the law office of PATRICK M. NOONAN and BROCK T. DUBIN of DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C., Concept Park-Suite 306, 741 Boston Post Road, Guilford, CT 06437.

Robert L. Brockway, Jr.