FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2005 JAN 10 A 10: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Brockway*

v.

*Yale University, et al*

CIVIL CASE NO.

3:03-cv-00609-SRU

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), *Robert L. Brockway, Jr.* hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
Electronic Endorsement Order. This is the only notice the court will issue, order denying [87] Motion to move action to the Supreme Court. The Court has no authority to order the Supreme Court to consider this matter. Signed by Judge Stefan R. Underhill on 12/16/04 (Sbalbi, B)

2. The Judgment /Order in this action was entered on 12/16/2004.
(date)

_Robert L. Brockway, Jr._
Signature

Robert L. Brockway, Jr.
Print Name

28 Boston Terrace
Guilford, Connecticut 06437
Address

Date: 1-8-2005

(203) 214-0202
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

**Orders on Motions**

3:03-cv-00609-SRU Brockway v. Yale Univ, et al **CASE CLOSED on 02/17/2004**

## U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Sbalbi, B. entered on 12/16/2004 at 9:47 AM EST and filed on 12/16/2004

**Case Name:**    Brockway v. Yale Univ, et al
**Case Number:**  3:03-cv-609
**Filer:**
**WARNING: CASE CLOSED on 02/17/2004**
**Document Number:** 88

**Docket Text:**
ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying [87] Motion to move action to the Supreme Court. The Court has no authority to order the Supreme Court to consider this matter. Signed by Judge Stefan R. Underhill on 12/16/04. (Sbalbi, B.)

The following document(s) are associated with this transaction:

**3:03-cv-609 Notice will be electronically mailed to:**

Brock Thomas Dubin    bdubin@ddnctlaw.com,

Patrick M. Noonan    pnoonan@ddnctlaw.com

**3:03-cv-609 Notice will be delivered by other means to:**

Robert L. Brockway
28 Boston Terrace
Guilford, CT 06437