# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __January 11, 2005__          TO:   Intake Clerk

                                     FROM: Tasha Simpson   203.579.5657

**FILED**
2005 JAN 27 P 12: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:**        Brockway v. Yale Univ, et al

**DOCKET NO.:**        3:03 cv 609 (SRU)

**NOTICE OF APPEAL:**  filed: __January 10, 2005__

**APPEAL FROM:**       final judgment: ✓

                       interlocutory: __

                       other: __

**DOCKET SHEET:**      Attorney, updated address & phone number for <u>each</u> party __Y__

                       All parties are listed on Docket Sheet
                       (Including Third Parties) __Y__

                       All docket entries and dates are included __Y__

**FEE STATUS:**        Paid __✓__     Due _____     N/A _____

                       IFP revoked _____     Application Attached _____

                       IFP pending before district judge ____

**COUNSEL:**           CJA _____     Retained _____     Pro Se __✓__

**TIME STATUS:**       Timely __✓__     Out of Time _____

**MOTION FOR
EXTENSION OF TIME:**   Granted _____     Denied _____

**COA:**               Granted _____     Denied _____

**COMMENTS AND CORRECTIONS:**
RECORD ATTACHED

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____G.W._____   DATE: 1/12/05
                DEPUTY CLERK, USCA

          USCA No. _____.