*District of Connecticut*
*03-cv-0609*
*Underhill, J*

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Brockway

VS.

CV. NO. 3:03 cv 609 (SRU)

USCA NO.

Yale Univ, et al

### INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND ONE
VOLUMES OF ORIGINAL RECORD.

DATE: 1.12.05
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

*FILED 2005 JAN 28  4:13*
*U.S. DISTRICT COURT*
*NEW HAVEN, CT*

*05/2 — 1 — 6 cv*