# MANDATE

D. Conn / New Haven
03-cv-0609
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of June two thousand and five,

Present:
    Hon. Reena Raggi,
        *Circuit Judge,*[*]
    Hon. Leonard B. Sand,
        *District Judge.*[**]



FILED JUN 17 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

---

Robert L. Brockway, Jr.,

    Plaintiff-Appellant,

v.                                 05-0216-cv

Yale University, et al.,

    Defendants-Appellees.

---

Appellant, *pro se*, appeals the district court's denial of his motion to "move this matter to the Supreme Court of the United States of America" and moves in this Court "to move this matter to the Supreme Court of the United States of America," "to submit full address for medical records," "for resubmission of motion to submit the complete deposition of one Ezra Griffith, M.D," and to "resubmit" his application for a writ of certiorari to the Supreme Court. Upon due consideration, it is ORDERED that the appeal is DISMISSED because "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995) ("[T]his court has inherent authority, wholly aside from any statutory warrant, to dismiss an

---

[*] The Honorable José A. Cabranes, originally a member of the panel sitting on June 15, 2005, recused himself from consideration of this case. The remaining members of this panel, who are in agreement, have decided the case pursuant to 2d Cir. R. § 0.14(b).

[**] The Honorable Leonard B. Sand, Senior Judge of the United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by [signature]
DEPUTY CLERK

Issued as mandate: NOV 7 2005

appeal or petition for review as frivolous when the appeal or petition presents no arguably meritorious issue for our consideration."). The pending motions are likewise denied.

FOR THE COURT.
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

Ro

]